In the Matter of the Application of CHRISTIAN SCHEIBEL, Appellant, for a Peremptory Writ of Mandamus against JOHN P. O'BRIEN, as Corporation Counsel of the City of New York, Respondent.

(Submitted December 5, 1921; decided December 16, 1921.)

Motion for re-argument denied, with ten dollars costs and necessary printing disbursements. (See 230 N. Y. 277.)